UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00309-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RODNEY DEON TUCKER, a/k/a Rodney Tucker,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, June 30, 2010,** and responses to these motions shall be filed by **Wednesday, July 14, 2010.** It is

    FURTHER ORDERED that a hearing on all pending motions, if necessary, will be set at a future date. It is

    FURTHER ORDERED that a 4-day jury trial is set for **Monday, August 9, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: June 15, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge