UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00309-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RODNEY DEON TUCKER, a/k/a Rodney Tucker,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On June 30, 2010, Defendant Rodney Tucker filed a motion to suppress and a motion to sever. Accordingly, counsel is ordered to jointly contact my chambers in order to schedule an evidentiary hearing on the motions not later than **Thursday, July 15, 2010.**

    Dated: July 6, 2010