UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00309-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RODNEY DEON TUCKER, a/k/a Rodney Tucker,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on August 5, 2010. A Change of Plea hearing is set for **Wednesday, August 11, 2010 at 11:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Accordingly, the evidentiary hearing set for Friday, September 24, 2010 at 2:00 p.m. is hereby **VACATED**.

    Dated: August 5, 2010