UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00309-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RODNEY DEON TUCKER, a/k/a Rodney Tucker,

    Defendant.

## ORDER

THIS MATTER comes before the Court on Government's Motion Regarding Acceptance of Responsibility and the Court being fully advised, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility [doc. #53], filed September 22, 2010, is **GRANTED.** It is further

ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

Dated this 26th day of October, 2010.

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          WILEY Y. DANIEL,
                          CHIEF UNITED STATES DISTRICT JUDGE