UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00309-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RODNEY DEON TUCKER, a/k/a Rodney Tucker,

    Defendant.

---

## ORDER

---

    THIS MATTER comes before the Court on Government's Motion to Dismiss and the Court being fully advised, it is hereby

    ORDERED that Government's Motion to Dismiss [doc. #54], filed September 22, 2010, is **GRANTED.** It is further

    ORDERED that count one of the Superseding Indictment as well as the original Indictment are dismissed as to defendant Rodney Deon Tucker only.

    Dated this 26th day of October, 2010.

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          WILEY Y. DANIEL,
                          CHIEF UNITED STATES DISTRICT JUDGE